# Court of Appeals
## Tenth Appellate District of Texas

10-25-00179-CV

Susan Kohnen and Jason Kohnen,
Appellants

v.

6 Sector Wireless Inc.,
Appellee

On appeal from the
472nd District Court of Brazos County, Texas
Judge George J. Wise, presiding
Trial Court Cause No. 24-001701-CV-472

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellants, Susan Kohnen and Jason Kohnen, filed an appeal of the trial court's judgment signed on May 19, 2025. In their docketing statement filed with this Court, Appellants alleged that they had requested the clerk's record on June 30, 2025. On July 24, 2025, this Court was advised by the trial court clerk that the Appellants were informed of the cost of the clerk's record on June

30, 2025, and were reminded on July 10, 2025, that the payment was still outstanding.

On July 24, 2025, Appellants were notified by letter from the Clerk of this Court that the clerk's record had not been filed because the record had not been paid for and that this appeal would be dismissed if the appellants did not pay or make arrangements to pay the fee for the clerk's record and notify this Court of their compliance on or before Thursday, August 14, 2025, or the appeal might be dismissed for want of prosecution.

Appellants did not comply with the letter from the Clerk regarding making the payment for the clerk's record and the clerk's record has not been filed with this Court. Therefore, this appeal is dismissed for want of prosecution and for failing to comply with a requirement of "a notice from the clerk requiring a response or other action within a specified time." *See* TEX. R. APP. P. 42.3(b), (c).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: August 28, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
CV06

